Form B1

# United States Bankruptcy Court

## District of Kansas

## VOLUNTARY PETITION

| Name of debtor - If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) - (Last, First, Middle) |
|---|---|
| **James, Kyle Leslie** | |
| (Include married, maiden, and trade names) ALL OTHER NAMES used by debtor in the last 6 years | ALL OTHER NAMES used by joint debtor in the last 6 years (Include married, maiden, and trade names) |

| SOC. SEC./TAX I.D. (If more than one, state all) | SOC. SEC./TAX I.D. (If more than one, state all) |
|---|---|
| ***-**-8376 | ***-**- |

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
|---|---|
| **309 W 4th** **PO BOX 392** **Waverly KS 66871** | |

| | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS **Coffey** | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from above )

**TYPE OF DEBTOR**
**(Form of Organization)**
**Check one box.)**

- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP
- [ ] Partnership
- [ ] Other

**FILING FEE (Check one box)**

- [ ] Full Filing Fee attache
- [x] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration.

**NATURE OF BUSINESS**
**Check one box.)**

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
- [ ] Railroad
- [ ] Stockbroke
- [ ] Commodity Broker
- [ ] Clearing Ban
- [ ] Other

**TAX-EXEMPT ENTITY**
**Check box, if applicable)**

- [ ] Debior is a tax-exempt organization under Title 26 of the United states

**CHAPTER OF BANKRUPTCY CODE**
**UNDER WHICH PETITION IS FILED**
**(Check one box.)**

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**NATURE OF DEBTS**
**(Check one box.)**

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

---

STATISTICAL ADMINISTRATIVE INFORMATION

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expe there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

ESTIMATED NUMBER OF CREDITORS

| 1-49 | 50-99 | 100-19 | 200-99 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,00 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 1 to $100 | $100,000,001 to $500 million | $500,000,00 1 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 1 to $100 | $100,000,001 to $500 million | $500,000,00 1 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**VOLUNTARY PETITION**
this page must be completed and filed in every case

Name of Debtor:
**Kyle James**

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| Lyon County | 07-12610-13 | 10/05/07 |
| Coffey County | 01-11884-07 | 4/25/01 |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER or AFFILIATE OF THE DEBTOR (If more than one, attach sheet)

| Name of Debtor | Case Number | Date | Relationship | District | Judge |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT A

(To be completed if debtor is required to file periodic reports e.g. forms 10 K and 10 Q with the Securities and Exchange Commission Act of 1934 and is requesting relief under Chapter 7)

☐ Exihibit "A" is attached and made a part of this petition.

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit is attached And made a part of this petition

☑ No

### EXHIBIT D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attaced and made a part of this peition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this peition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, Michael F. Brunton, attorney for the petitioner named in the foregoing petition declare that I have informed the petitioner that he, she or they may proceed under chapter 7, 13, or if applicable, chapter 11 or 12 of Title 11 U.S.C. and have explained the relief available under each Chapter

**s/ Michael F. Brunton**

Michael F. Brunton # 10901
Attorney for Debtor(s)

**10/29/2009**

date

### INFORMATION REGARDING THE DEBTOR - VENUE
### (Check any applicable box.)

☑ Debtor had been domiciled or has had a residence, principal place of buisness or principle assets in this district for 180 days immediattely preceeding the date of of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following:

Name of Landlord that obtained judgment

Address of Landlord

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**SIGNATURES OF INDIVIDUAL / JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct. If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7, I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 USC, understand the relief available under each such chapter, and choose to proceed under chapter 7.

x **s/Kyle Leslie James**

**James, Kyle Leslie**

**10/29/2009**
Date

x _____

_____
Date

**SIGNATURE OF ATTORNEY**

**s/ Michael F. Brunton**

Law Offices of Michael F. Brunton
Jayhawk Tower, Roof Garden A
700 SW Jackson
Topeka, KS 66603
785-233-5117

**SIGNATURE OF CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct and that the filing of this petition on behalf of the debtor has been authorized

**10/29/2009**
date

_____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

**UNITED STATES BANKRUPTCY COURT**

**District of Kansas**

In re   **James, Kyle Leslie**                                    Case No (if known)

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT**

Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors= collection activities.

Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.

☑ Q 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☐ Q 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.

☐ Q 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  [Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ Q 4. I am not required to receive a credit counseling briefing because of:  [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ Q 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

x   **s/Kyle Leslie James**
    _____
    **James, Kyle Leslie**
    **10/29/2009**
    _____
    Date

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF KANSAS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

Certificate of the Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

x __s/Kyle Leslie James_____      __10/29/2009_____
Signature of Debtor:              Kyle Leslie James          Date

x __s/_____      __10/29/2009_____
Signature of Joint Debtor:          Date

Form B7                    **UNITED STATES BANKRUPTCY COURT**                    Case No.

In re:  **Kyle James**              **DISTRICT OF KANSAS**              Chapter    **13**

**STATEMENT OF FINANCIAL AFFAIRS**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None    1. Income from employment or operation of business
☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Year | Amount | Source |
|------|--------|--------|
| 2008 | $47,183 | Union Pacific |
| 2009 | @11,500 | Union Pacific Railroad/HF Rubber Machinery INC |
| 2007 | $52,433 | Union Pacific |

---

None    2. Income other than from employment or operation of business
☐       State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Year | Amount | Source |
|------|--------|--------|
| 2009 | $7671.00 | Unemployment from RR |

---

None    3. Payments to creditors
       Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court and Location | Status or disposition |
|---|---|---|---|
| Emporia Anesthesia Associates v James 09 LM 150 | Collection | Lyon County | Judgement |
| Emporia Head and Neck v James 07 LM 267 | Collection | Lyon County | Judgement |
| Newman Memorial Hospital v James 09 LM 149 | Collection | Lyon County | Judgement |

None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure sale, transfer or return | Description and Value of Property |
|---|---|---|

None 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

None 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None  **11. Closed financial accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  **12. Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  **13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  **14. Property held for another person**
List all property owned by another person that the debtor holds or controls.

None ☐ **15. Prior address of debtor**
If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of occupancy |
|---|---|---|
| 1026 b Scott St., Emporia, KS | | 2008 |
| 2022 18th Road Waverly KS 66871 | | 2004-2008 |

None ☐ **16. Spouses and Former Spouses**
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name and Address
Pamela James
PO BOX 594
Rossville KS 66533

None  **17. Environmental Information.**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None  18. Nature, location and name of business

 a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None

 b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None  19. Books, records and financial statements

 a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

 b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

 c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

 d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

None  20. Inventories

 a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

 b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

None  21. Current Partners, Officers, Directors and Shareholders

 a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None

 b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

None  22. Former partners, officers, directors and shareholders

 a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None

 b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| None | 23. Withdrawals from a partnership or distributions by a corporation |
|:---:|:---|
| ☑ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. |

| None | 24. Tax Consolidation Group. |
|:---:|:---|
| ☑ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case. |

| None | 25. Pension Funds. |
|:---:|:---|
| ☑ | If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case. |

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

x **/s/ Kyle Leslie James**                                    **10/29/2009**

Signature of Debtor:          Kyle Leslie James          Date

x **/s/**                                                              **10/29/2009**

Signature of Joint Debtor:                                    Date

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

x _____          _____

Signature                                                    Date

_____

Print Name and Title

NO continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571

In re: **Kyle James**                                                                                          Case No.

      Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether hisband, wife or both own the property by placing an 'H', 'W', 'J' or 'C' in the column labeled 'Husband, Wife, Joint or Community.' If the debtor holds no interest in real property, write 'None' under 'Description and Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write 'None' in the column labeled 'Amount of Secured Claim.'

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description  Location of Proper | Nature of Debtor's Interest In Property | Husband, Wife, Joint Or Community | | Amount of Secured Claim |
|---|---|---|---|---|
| | | | Current Market Value of Debtor's Interest in Property without Deducting any secure claim or exemption | |
| **None** | | | $0.00 | $0.00 |

Page 1 of 1                                                                          Total:  $0.00

                                                        (Report also on Summary of Schedules.

In re:  **Kyle James**                                                                 Case No.

   Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, states the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint Or Community | Current Market Value of Debtor's Interest in Property without Deducting any secure claim or exemption |
|---|---|---|---|---|
| 1. Cash on Hand | ☑ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☑ | | | |
| 3. Security Deposits with public utilities, telephone companies, landlords, and others. | ☑ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment | ☐ | See Attachment | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact discs, and other collections or collectibles. | ☑ | | | |
| 6. Wearing Apparel | ☐ | See Attachment | | |
| 7. Furs and Jewelry | ☑ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☑ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☑ | | | |
| 10. Annuities. Itemize and name each issuer. | ☑ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☑ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☑ | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | ☑ | | | |
| 14. Government and corporate bonds and other negotiable and non negotiable instruments. | ☑ | | | |
| 15. Accounts Receivable. | ☑ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☑ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☑ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☑ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan life insurance policy, or trust. | ☑ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds counter claims of the debtor and rights to setoff claims. Give estimated value of each. | ☑ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☑ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☑ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | ☐ | See Attachment | | |
| 24. Boats, motors, and accessories. | ☑ | | | |
| 25. Aircraft and accessories. | ☑ | | | |
| 26. Office equipment, furnishings, and supplies. | ☑ | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | ☑ | | | |
| 28. Inventory. | ☑ | | | |
| 29. Animals. | ☑ | | | |
| 30. Crops - growing or harvested. Give particulars. | ☑ | | | |
| 31. Farming equipment and implements. | ☑ | | | |
| 32. Farm supplies, chemicals, and feed. | ☑ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ☐ | See Attachment | | |

Page 1 of 2

**SCHEDULE B - PERSONAL PROPERTY (CONTINUATION SHEET)**

In re:  **Kyle James**                                                                           Case No.

| Type of Property | Description and Location of Property | Husband, Wife, Joint Or Community | Current Market Value of Debtor's Interest in Property without Deducting any secure claim or exemption |
|---|---|---|---|
| 23 | 2009 Chevrolet pickup | | $26,000.00 |
| 4 | Household goods and furnishings | | $1,000.00 |
| 6 | wearing apparel and personal effects | | $500.00 |
| 33 | Credit union of Emporia | | $300.00 |
| 33 | 2006 Honda four wheeler/TV | | $3,200.00 |
| 33 | 1/3 interest in daughters 1999 Chevy Cavelier | | $750.00 |

NO continuation sheets attached                          **TOTAL:**   $31,750.00

Form B6C

In re: **Kyle James**                                                                                     Case No.

Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under,

☐  11 U.S.C. 522(b)(1) Exemptions provided in 11 U.S.C. 522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. 522(b)(2) Exemptions available under applicable nonbankruptcy federal, state, or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirely or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law providing each exemption | Value of claimed exemption | Current market value of property without deducting exemption |
|---|---|---|---|
| 2009 Chevrolet pickup | | $27,000.00 | $26,000.00 |
| Household goods and furnishings | | $1,000.00 | $1,000.00 |
| wearing apparel and personal effects | | $500.00 | $500.00 |
| 2006 Honda four wheeler/TV | | $3,200.00 | $3,200.00 |

Page 1 of 1

Form B6D

In re: **Kyle James**                                                    Case No.

    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, or Community'.

    If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column l;abeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labeled 'Disputed'. (You may need to place an 'X' in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address, including Zip Code | Codebtor | Husband, Wife, Joint or Community | Date claim was incurred, Nature of Lien, and description and market value of property subject to lien. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of collateral | Unsecured Portion if any |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Credit Union of Emporia** <br> **332 Neosho** <br> **Emporia KS 66801** | | | **2006 Honda four wheeler & TV** <br><br> Value    **$3,200.00** | | | | **$3,200.00** | **$0.00** |
| Account No. <br> **Credit Union of Emporia** <br> **332 Neosho** <br> **Emporia KS 66801** | | | **RE: 2009 Chevrolet pickup** <br><br> Value    **$26,000.00** | | | | **$27,000.00** | **$1,000.00** |

Page 1 of 1                                                      Subtotal:  **$30,200.00**

                                                  Total:  **$30,200.00**

Form B6E

In re: **Kyle James**                                                                                        Case No.

    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to property, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, or Community'.

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column l;abeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labeled 'Disputed'. (You may need to place an 'X' in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## Types of Priority Claims (Check the appropriate boxes below if claims are listed in that category on the attached

☐ **Extensions of Credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for reli 11 U.S.C. 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000.00 per employee, earned within 90 days immediately p the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, t provided in 11 U.S.C. 507(a)(4).

☐ **Certain farmers and fisherman**

Claims of certain farmers and fisherman, up to a maximum of $2000.00 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. (a)(5).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $900.00 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provi 11 U.S.C. 507(a)(6).

☑ **Taxes and Other Certain Debts Owed to Governmental**

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(7).

| Creditor's Name and Mailing Address, including Zip Code | Codebtor | | | | Contingent Unliquidated Disputed | | | Amount entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| | Husband, Wife, Joint or Community | | | | | | | |
| | Date claim was incurred and consideration for claim | | | | | Total Amount of Claim | | |
| Account No. | | | | | | $0.00 | | $0.00 |

Page 1 of 1

                                        Subtotal (Total of this page)  **$0.00**

                                  Total (Use only on last page)  **$0.00**

Form B6F

In re: **Kyle James**                                                                                    Case No.

  Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, or Community'.

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column l;abeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labeled 'Disputed'. (You may need to place an 'X' in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedul

| Creditor's Name and Mailing Address, including Zip Code | Codebtor | Husband, Wife, Joint or Community | Date claim was incurred and consideration for claim If claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Total Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Account Recovery Specialists** <br> **PO Box 136** <br> **Dodge City KS 67801** | | | RE:  Coffee County Hospital | | | | $189.03 |
| Account No.  9738 <br> **Advance America** <br> **602 State Street** <br> **Emporia KS 66801** | | | | | | | $460.00 |
| Account No.  7509 <br> **Ameriquest Mastercard** <br> **PO Box 21550** <br> **Tulsa OK 74121** | | | | | | | $831.69 |
| Account No. <br> **Behr Storage** <br> **2020 S 4th St** <br> **Burlington KS 66839** | | | | | | | $54.00 |
| Account No. <br> **Capital One** <br> **PO Box 650007** <br> **Dallas TX 75265** | | | | | | | $493.95 |
| Account No.  7686 <br> **Capital One** <br> **PO Box 650007** <br> **Dallas TX 75265** | | | | | | | $625.96 |
| Account No.  2754 <br> **Captial One** <br> **PO Box 650007** <br> **Dallas TX 75265** | | | | | | | $957.51 |
| Account No.  4480 <br> **Card Services** <br> **PO Box 13337** <br> **Philadelphia PA 19101** | | | | | | | $684.45 |
| Account No. <br> **CBCS Collections** <br> **PO Box 428** <br> **105 W 5th Avenue** <br> **Emporia KS 66801** | | | RE: Newman Memorial County Hospital | | | | $0.00 |
| Account No. <br> **Check Into Cash Inc** <br> **PO Box 550** <br> **Cleveland TN 37364-0550** | | | | | | | $559.00 |
| Account No.  ious <br> **Coffey County Hospital** <br> **801 N 4th Street** <br> **PO Box 189** <br> **Burlington KS 66839** | | | RE: Medical Exp | | | | $378.06 |

Page 1 of 3                                                                Subtotal (Total of this page)   **$5,233.65**

In re:  **Kyle James**                                                                            Case No.

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| Creditor's Name and Mailing Address, including Zip Code | Codebtor | Husband, Wife, Joint or Community | Date claim was incurred and consideration for claim If claim is subhect to setoff, so state | Contingent | Unliquidated | Disputed | Total Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **162D**<br>**Coffey County Medical Center**<br>**PO Box 289**<br>**Burlington KS  66839** | | | **RE: Medical Expenses** | | | | $244.95 |
| Account No. **2109**<br>**Credit Union of Emporia**<br>**2711 W 15th Ave**<br>**Emporia KS 66801** | | | | | | | $2,914.71 |
| Account No.<br>**Credit World Services**<br>**6000 Martway**<br>**Shawnee Mission KS 66202** | | | **RE: Hughes Radiology Services, United Imaging RMH** | | | | $66.00 |
| Account No. **6102**<br>**CU of Emporia**<br>**PO Box 75099**<br>**Wichita KS 67275** | | | | | | | $1,468.72 |
| Account No.  **7509**<br>**Direct Merchants Bank**<br>**Cardholder Services**<br>**PO Box 21222**<br>**Tulsa OK 74121-1222** | | | | | | | $838.27 |
| Account No.<br>**Emergency Cash & Loans**<br>**1504 W 6th**<br>**Emporia KS 668-1-2405** | | | | | | | $336.00 |
| Account No. **7266**<br>**Emporia Anesthesia Assoc**<br>**1110 W 6th Ave**<br>**Emporia KS 66801** | | | **RE: Med Exp** | | | | $89.49 |
| Account No.<br>**Emporia Head and Neck**<br>**1130 Chestnut**<br>**Emporia KS 66801** | | | **RE: Med Exp** | | | | $56.00 |
| Account No. **9500**<br>**Emporia Surgical Hospital**<br>**PO box 984**<br>**Emporia KS 66801** | | | | | | | $140.00 |
| Account No.  **284**<br>**James McMurray DDS**<br>**209 N Main St**<br>**PO Box 535**<br>**New Strawn KS  66839-0535** | | | **RE: Dental Exp** | | | | $926.00 |
| Account No.<br>**Jay W Vander Velde**<br>**527 Commercial Suite 400**<br>**PO Box 1043**<br>**Emporia KS 66801** | | | **RE: 09 LM 149, 07 LM 267, 09 Lm 150** | | | | $1,500.00 |
| Account No.<br>**Kit USA**<br>**PO Box 2060**<br>**Salina KS 67402-2060** | | | | | | | $67.81 |
| Account No.<br>**Lyndon State Bank**<br>**PO Box 518**<br>**Lyndon KS 66451** | | | **to be paid by Destiny James** | | | | $1,000.00 |

Page 2 of 3                                                          Subtotal (Total of this page)    **$9,647.95**

Form B6F

In re: **Kyle James**                                                                                          Case No.
    Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| Creditor's Name and Mailing Address, including Zip Code | Codebtor — Husband, Wife, Joint or Community | Date claim was incurred and consideration for claim If claim is subject to setoff, so state | Contingent / Unliquidated / Disputed | Total Amount of Claim |
|---|---|---|---|---|
| Account No. **Midwest Service Bureau** PO Box 3888 625 W Maple Wichita KS 67201 | | RE: Assignee or other notification for Coffee County Medical Center | | $0.00 |
| Account No. 75350784 **Nationwide Credit** 4700 Vestal PKWY E Vestal NY 13850-3770 | | RE: Direct TV | | $192.99 |
| Account No. 6624 **Nebraska Furniture Mart INC** 700 South 72nd Street Omaha NE 68103 | | | | $1,219.71 |
| Account No. **ious** **Newman Memorial County Hospital** 12th & Chestnut Emporia KS 66801 | | RE: Med Exp | | $1,349.36 |
| Account No. 5330 **Newman Regional Health** 1201 W 12th Ave Emporia KS 66801 | | RE: Med Exp | | $542.37 |
| Account No. 8504 **Peterson Laboratory Services** PO Box 128 Manhattan KS 66505 | | | | $106.90 |
| Account No. 5841 **Roundup Funding LLC** MS 550 PO Box 91121 Seattle WA 98111-9221 | | | | $1,295.75 |
| Account No. 4480 **Roundup Funding LLC** MS 550 PO Box 91121 Seattle WA 98111-9221 | | | | $796.27 |
| Account No. **Southern Oregan Credit Service** PO box 4070 Medford OR 97501 | | RE: Kit USA | | $0.00 |

Page 3 of 3

    Subtotal (Total of this page)  **$5,503.35**

    Total (Use only on last page)  **$5,503.35**

In re: **Kyle James**                                                                                      Case No.

       Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time share interests.

State nature of debtor's interest in contract, i.e. 'Purchaser', 'Agent', etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing address, including zip code, of other parties to lease or contract | Description of contract or lease and nature of debtor's interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |
|  |  |

Form B6H

In re: **Kyle James**                                          Case No.

      Debtor(s)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and cosigners. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| Name and address of Codebtor | Name and address of creditor |
|---|---|
|  |  |

| Name and address of Codebtor | Name and address of creditor |
|---|---|
| **Destiny James**<br>**1999 Chevy Cavalier** | **Lyndon State Bank**<br>**PO Box 487**<br>**Lyndon KS 66451** |

Page 1 of 1

Form B6I

In re: **Kyle James**                                                                                       Case No.

    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.

| Debtor Marital Status | EMPLOYMENT: | Debtor | Spouse |
|---|---|---|---|
| **S** | Occupation Name of Employer<br>How Long Employed<br>Address of Employer | **Union Pacific RR**<br>**2 Year(s)**<br><br><br>**Herringotn KS** | **1 Month(s)** |

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Names | Age | Relationship |
| K.J. | 12 | son |
| M.J. | 7 | son |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid mo | **$0.00** | **$0.00** |
| SUBTOTAL | **$0.00** | **$0.00** |
|    LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes and social security | **$0.00** | **$0.00** |
|      b. Insurance | **$0.00** | **$0.00** |
|      c. Union dues | **$0.00** | **$0.00** |
|      d. Other (specify) | **$0.00** | **$0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| Annualized income from tax refunds and earned income credits | **$0.00** | **$0.00** |
| Regular income from operation of business or profession | **$0.00** | **$0.00** |
| Interest and dividends | **$0.00** | **$0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | **$0.00** | **$0.00** |
| Social security or other government assistance | | |
|    (Specify) | **$0.00** | **$0.00** |
| Pension or retirement income | **$0.00** | **$0.00** |
| Other monthly income | | |
|    (Specify)     **RR** | **$1,387.00** | **$0.00** |
|    (Specify) | **$0.00** | **$0.00** |
| TOTAL MONTHLY INCOME | **$0.00** | **$0.00** |
| TOTAL COMBINED MONTHLY INCOME<br>(Report also on Summary of Schedules) | **$1,387.00** | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:  **Kyle James**                                                                                    Case No.
            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made biweekly, quarterly, semiannually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (Include lot rented for mobile home) | **$100.00** |
| Are real estate taxes included?    Yes ☑   No ☐ | |
| Is property insurance included?    Yes ☑   No ☐ | |
| UTILITIES | |
| Electric and heating fuel | **$25.00** |
| Water and sewer | **$15.00** |
| Telephone | **$60.00** |
| Other | |
| Home Maintenance (Repairs and upkeep) | **$50.00** |
| Food | **$300.00** |
| Clothing | **$0.00** |
| Laundry and dry cleaning | **$20.00** |
| Medical and dental expenses | **$0.00** |
| Transportation (not including car payments) | **$50.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | **$0.00** |
| Charitable contributions | **$0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | **$9.00** |
| Life | **$0.00** |
| Health | **$0.00** |
| Auto | **$60.00** |
| Other | |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify)   **0** | **$0.00** |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | **$0.00** |
| Other | **$0.00** |
| Other | **$0.00** |
| Alimony, maintenance and support paid to others | **$0.00** |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession or farm (attach detailed statement) | |
| Other | **$0.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | **$689.00** |
| (FOR CHAPTER 12 DEBTORS ONLY) | |
| Provide the information requested below, including whether plan payments are to be made biweekly, monthly, annually or at some other regular interval. | |
| A. Total Projected monthly income | **$1,387.00** |
| B. Total projected monthly expenses | **$689.00** |
| C. Excess income (A minus B) | **$698.00** |
| D. Total amount to be paid into plan each   **Month** | **$659.00** |
|                                               (Interval) | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF KANSAS**

Form B6 - Cost

In re:  **Kyle James**
Debtor(s)

Case No.

Chapter    **13**

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | NO OF SHEETS | ASSETS | AMOUNTS SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 2 | $31,750.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors holding Secured Claims | YES | 1 | | $30,200.00 | |
| E - Creditors holding Unsecured Priority Claims | YES | 1 | | $0.00 | |
| F - Creditors holding Unsecured Nonpriority Claims | YES | 3 | | $20,384.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $1,387.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $689.00 |
| Total number of sheets in ALL schedules | | 13 | | | |
| Total Assets | | | $31,750.00 | | |
| Total Liabilities | | | | $50,584.90 | |

Form 6-Summ2 (10/05)

In re:  **Kyle James**

      Debtor(s)

Case No.

Chapter  **13**

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedul | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

| State the following: | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,387.00 |
| Average Expenses (from Schedule J, Line 18) | $689.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,940.59 |

| State the following: | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $1,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $20,384.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $21,384.95 |

Form B6 - Cont

In re:   **Kyle James**
          Debtor(s)

Case No.

### DECLARATION CONCERNING DEBTOR'S SCHEDULES

#### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I decalre under penalty of perjury that I have read the foregoing summary and schedules  14  sheets, (Total shows on summary page plus 1) and that they are true and correct to the best of knowledge, information and belief.

Date  **10/29/2009**          Signature   **s/Kyle Leslie James**
                                          Kyle Leslie James

Date  _____         Signature   _____
                                          (Joint Debtor, if any)

                                          [If joint case, both spouses must sign]

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership]
of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the following sum
summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date  _____         Signature   _____

                                          Print or type name of individual signing on behalf of debtor

                                          [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

[Penalty for making a false statement or concealing property. Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.

Form B3

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF KANSAS**

Case No.

In re: **Kyle James**                                          Chapter    **13**

Debtor(s)

**STATEMENT PURSUANT TO RULE 2016(b)**

The undersigned, pusuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

Michael F. Brunton

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

| | |
|---|---|
| (a) for legal services rendered or to be rendered in contemplation of and in connection with this case | **$2,800.00** |
| (b) prior to filing this statement, debtor(s) have paid | **$0.00** |
| (c) the unpaid balance due and payable is | **$2,800.00** |

(3)      **$54.00**      of filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

(a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code

(b) preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.

(c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performedn and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, a

To be paid through the plan.

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated.

$20.00 for the cost of printing documents

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Date:    **10/29/2009**                    Respectfully submitted,:    **s/ Michael F. Brunton**                              Attorney for Petitioner

Michael F. Brunton

Attorney's name and address

Revised Statement of Compensation: Rule 2016(b)                    Jayhawk Tower

700 SW Jackson, Roof Garden Suite

Topeka KS 66603-3731

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re: **Kyle James**

Case No.

Chapter   **13**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor verifies that the attached matrix is true and correct to the best of the debtor's knowledge.

Date: **10/29/2009**

**s/Kyle Leslie James**

Debtor

Kyle Leslie James

Joint Debtor, if any

Account Recovery Specialists
PO Box 136
Dodge City KS 67801


Advance America
602 State Street
Emporia KS 66801


Ameriquest Mastercard
PO Box 21550
Tulsa OK 74121


Behr Storage
2020 S 4th St
Burlington KS 66839


Capital One
PO Box 650007
Dallas TX 75265


Capital One
PO Box 650007
Dallas TX 75265


Captial One
PO Box 650007
Dallas TX 75265


Card Services
PO Box 13337
Philadelphia PA 19101

```
CBCS Collections
PO Box 428
105 W 5th Avenue
Emporia KS 66801


Check Into Cash Inc
PO Box 550
Cleveland TN 37364-0550



Coffey County Hospital
801 N 4th Street
PO Box 189
Burlington KS 66839


Coffey County Medical Center
PO Box 289
Burlington KS  66839



Credit Union of Emporia
332 Neosho
Emporia KS 66801



Credit Union of Emporia
2711 W 15th Ave
Emporia KS 66801



Credit Union of Emporia
332 Neosho
Emporia KS 66801



Credit World Services
6000 Martway
Shawnee Mission KS 66202



CU of Emporia
PO Box 75099
Wichita KS 67275
```

Direct Merchants Bank
Cardholder Services
PO Box 21222
Tulsa OK 74121-1222


Emergency Cash & Loans
1504 W 6th
Emporia KS 668-1-2405



Emporia Anesthesia Assoc
1110 W 6th Ave
Emporia KS 66801



Emporia Head and Neck
1130 Chestnut
Emporia KS 66801



Emporia Surgical Hospital
PO box 984
Emporia KS 66801



James McMurray DDS
209 N Main St
PO Box 535
New Strawn KS  66839-0535


Jay W Vander Velde
527 Commercial Suite 400
PO Box 1043
Emporia KS 66801


Kit USA
PO Box 2060
Salina KS 67402-2060



Lyndon State Bank
PO Box 518
Lyndon KS 66451

```
Midwest Service Bureau
PO Box 3888
625 W Maple
Wichita KS 67201


Nationwide Credit
4700 Vestal PKWY E
Vestal NY 13850-3770



Nebraska Furniture Mart INC
700 South 72nd Street
Omaha NE 68103



Newman Memorial County Hospital
12th & Chestnut
Emporia KS 66801



Newman Regional Health
1201 W 12th Ave
Emporia KS 66801



Peterson Laboratory Services
PO Box 128
Manhattan KS  66505



Roundup Funding LLC
MS 550
PO Box 91121
Seattle WA 98111-9221


Roundup Funding LLC
MS 550
PO Box 91121
Seattle WA 98111-9221


Southern Oregan Credit Service
PO box 4070
Medford OR 97501
```

| | The applicable commitment period is 3 years. ☑ |
|---|---|
| In RE          Kyle James                    Debtor(s) | The applicable commitment period is 5 years. ☐ |
| Case No: | Disposable income determined under 1325(b)(3) ☐ |
| | Disposable income not determined under 1325(b)(3) ☑ |

### STATEMENT OF CURRENT MONTHLY INCOME AND DISPOSABLE INCOME CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | Column A Debtor | Column B Spouse |
|---|---|---|---|---|
| 1 | Marital/filing status. | | | |
| | ☐ Unmarried. | | | |
| | ☐ Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11. | | | |
| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on | | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | $940.59 | $0.00 |
| 3 | Income from the operation of a business, profession, or farm. | Debtor | | |
| | | Gross receipts | $0.00 | |
| | | Ordinary and necessary business expenses | $0.00 | |
| | | Business income | $0.00 | $0.00 |
| 4 | Rent and other real property income. | Rental receipts | $0.00 | |
| | | Rental expenses | $0.00 | |
| | | Rental income | $0.00 | $0.00 |
| 5 | Interest, dividends, and royalties. | | $0.00 | $0.00 |
| 6 | Pension and Retirement | | $0.00 | $0.00 |
| 7 | Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support. | | $0.00 | $0.00 |
| 8 | Unemployment compensation. | | | |
| | Enter the amount in Column A and, if applicable, Column B.However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | | | |
| | Debtor $          Spouse $ | | $1,000.00 | $0.00 |
| 9 | Income from all other sources. | a. | $0.00 | |
| | | b. | $0.00 | |
| 10 | Subtotal of current monthly income. | | $1,940.59 | $0.00 |
| 11 | Total current monthly income. | | $1,940.59 | |

| Part II. APPLICATION OF § 1325(b)(3) | | |
|---|---|---|
| 12 | Enter the Amount form Line11. | $1,940.59 |
| 13 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under §1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT regularly contributed to the household expenses of you or your dependents. Otherwise, enter zero. | $0.00 |
| 14 | Subtract Line 13 from Line 12 and enter the result. | $1,940.59 |
| 15 | Annualized current monthly income for §1325(b)(4). Multiply the amount from Line 14 by the number 12 and enter the result. | $23,287.10 |
| 16 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor state of residence: Kansas b. Enter debtor household size: 3 | $56,467.00 |
| 17 | Application of §1325(b)(4). Check the applicable box and proceed as directed. | |
| | ☑ The amount on Line 15 is less than or equal to the amount on Line 16. Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and complete Part VII of this statement. Do not complete Part III,IV, V or VI. | |
| | ☐ The amount on Line 15 is more than the amount on Line 16. Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with Part III of this statement. | |

| Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE | | |
|---|---|---|
| 18 | Enter the Amount form Line11. | $1,940.59 |
| 19 | Marital Adjustment. If you are married, but are not filing jointly with your spouse, enter the amount of income listed in Line 10, Column B that was NOT regularly contributed to the household expenses of you or your dependents. If you are unmarried or married and filing jointly with your spouse, enter zero. | $0.00 |
| 20 | Current monthly income for §1325(b)(3). Subtract Line 19 from Line 18 and enter the result. | $1,940.59 |
| 21 | Annualized current monthly income for §1325(b)(3). Multiply the amount from Line 20 by the number 12 and enter the result. | $23,287.08 |
| 22 | Applicable median family income. Enter the amount from Line 16. | $56,467.00 |
| 23 | Application of §1325(b)(4). Check the applicable box and proceed as directed. | |
| | ☐ The amount on Line 21 is not more than the amount on Line 22. Check the box for "Disposable Income is determined under §1325(b)(3)." at the top of this statement and complete the remaining parts of this statement. | |
| | ☑ The amount on Line 21 is not more than the amount on Line 22. Check the box for " Disposable Income is not determined under §1325(b)(3)" at the top of this statement and continue with Part VII of this statement. Do not complete Parts IV, V or VI. | |
| 24A | National Standards: food, clothing, household supplies, personal care, and miscellaneous. Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | N.A. |

| **Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)** |
|---|
| **Subpart A: Deductions under Standards of the Internal Revenue Service** |

24B  National Standards: health care.  Enter in line 24B the "Total" amount from the IRS National Standards for Out-of-Poclet Health Care for all persons under and over 65 years of age.

N.A.

25A  Local Standards: housing and utilities; non-mortgage expenses Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)

N.A.

25B  Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family s(this information is available at www.usdoj.gov/ust/ or form the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. Do not enter an amount less than zero.

a. IRS Housing and Utilities Standards; mortgage/rental expense          N.A.
b. Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47     N.A.
c. Net mortgage/rental expense Subtract Line b from Line a          N.A.

26  Local Standards: housing and utilities; adjustment. If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:



N.A.

27  Local Standards: transportation; vehicle operation/public transportation expense. You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.

ck the number of vehicles for which you pay the operating expenses or for which the operating enses are included as a contribution to our household exenses in Line 7.   ☑ 0  ☐ 1  ☐ 2

Enter the amoun from IRS Transportation Standards, Operating Costs  Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)

N.A.

28  Local Standards: transportation ownership/lease expense; Vehicle 1. Enter the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)

☐ 1  ☐ 2 or more

Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, First Car. (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 38 subtract Line b from Line a and enter the result in Line 19. Do not enter an amount less than zero.

a. IRS Transportation Standards, Ownership Costs, First Car          N.A.
b. Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 38     N.A.
c. Net ownership/lease expense for Vehicle 1          N.A.

29  Local Standards: transportation ownership/lease expense; Vehicle 2. Complete this Line only if you checked the "2 or more" Box in Line 20

Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, Second Car. available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 38 subtract Line b from Line a and enter the result in Line 20. Do not enter an amount less than zero.

a. IRS Transportation Standards, Ownership Costs, First Car          N.A.
b. Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 38     N.A.
c. Net ownership/lease expense for Vehicle 2          N.A.

30  Other Necessary Expenses: taxes. Enter the total average monthly expense that you actually incur for all for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self em-ployment taxes, social security taxes, and Medicare taxes. Do not include real estate or sales

N.A.

31  Other Necessary Expenses: mandatory payroll deductions. Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. Do not include discretionary amounts, such as non-mandatory 401(k) contributions.

N.A.

32  Other Necessary Expenses: life insurance. Enter average monthly premiums that you actually pay for term life insurance for yourself. Do not include premiums on your dependents, for whole life or for any other form of insurance. $

N.A.

33  Other Necessary Expenses: court-ordered payments. Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. Do not include payments on past due support obligations included in

N.A.

34  Other Necessary Expenses: education for employment or for a physically or mentally challenged child. Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available.

N.A.

35  Other Necessary Expenses: childcare. Enter the average monthly amount that you actually expend on childcare. Do not include payments made for children's education.

N.A.

36  Other Necessary Expenses: health care. Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. Do not include payments for health insurance listed in Line 39.

N.A.

37  Other Necessary Expenses: telecommunication services. Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents. Do not include any amount previously deducted.

N.A.

38  Total Expenses Allowed under IRS Standards. Enter the total of Lines 24 through 37.

N.A.

| | | |
|---|---|---|
| 39 | Health Insurance, Disability Insurance and Health Savings Account Expenses. List the average monthly amounts that you actually expend in each of the folowing categories and enter the total. | |
| | a. Health Insurance | N.A. |
| | b. Disability Insurance | N.A. |
| | c. Health Savings Account | N.A. | N.A. |
| 40 | Continued contributions to the care of household or family members. Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an dery, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. Do not include payments listed in Line 34. | |
| | | N.A. |
| 41 | Protection against family violence. Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | N.A. |
| 42 | Home energy costs in excess of the allowance specified by the IRS Local Standards. Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | |
| | | N.A. |
| 43 | Education expenses for dependent children under 18. Enter the average monthly expenses that you actually incur, not to exceed $125 per chid, in providing elementary and secondary education for your dependent children less than 18 years of age. You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards. | |
| | | N.A. |
| 44 | Additional food and clothing expense. Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | |
| | | N.A. |
| 45 | Continued charitable contributions. Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable oranization as defined in 26 U.S.C. 170(c)(1)-(2) | N.A. |
| 46 | Total Additional Expense Deductions under § 707(b). Enter the total of Lines 39 through 45. | N.A. |

47  Future payments on secured claims. For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Do not include items you have previously deducted, such as insurance and taxes.

| Name of Creditor | Property Securing the Debt | 60-month Average Payment | |
|---|---|---|---|
| | | | N.A. |

48  Past due payments on secured claims. If any of the debts listed in Line 38 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page.

| Name of Creditor | Property Securing the Debt | 1/60th of the Cure | |
|---|---|---|---|
| | | | N.A. |

| | | |
|---|---|---|
| 49 | Payments on priority claims. Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | N.A. |
| 50 | Chapter 13 administrative expenses. Multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
| | a. Projected average monthly Chapter 13 plan payment. | N.A. |
| | b. Current multiplier for your district as determined under b. schedules issued by the Executive Office for United States 50 Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | c. Average monthly administrative expense of Chapter 13 case | N.A. |
| 51 | Total Deductions for Debt Payment. Enter the total of Lines 47 through 50. | N.A. |

| | Subpart D: Total Deductions Allowed under § 707(b)(2) | |
|---|---|---|
| 52 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 38, 46, and 51. | N.A. |

| | Part VI. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | Total current monthly income. Enter the amount from Line 20. | N.A. |
| 54 | Support income. Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included in Line 7, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | N.A. |
| 55 | Qualified retirement deductions. Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in § 541(b)(7) and (b) all repayments of loans from retirement plans, as specified in § 362(b)(19). | N.A. |
| 56 | Total of all deductions allowed under § 707(b)(2). Enter the amount from Line 52. | N.A. |
| 57 | Total adjustments to determine disposable income. Add the amounts on Lines 54, 55, and 56 and enter the result. | N.A. |
| 58 | Monthly Disposable Income Under § 1325(b)(2). Subtract Line 57 from Line 53 and enter the result. | N.A. |

| | Part VI: ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 59 | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

Expense Description                                                    Monthly Amount

                                                                                                N.A.

| | Part VII: VERIFICATION | |
|---|---|---|
| 60 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this a joint case, both debtors must sign.) | |

Date   **10/29/2009**                              Signature   **/s/ Kyle Leslie James**

                                                                                Debtor

Date   **10/29/2009**                              Signature   **/s/**

                                                                                Joint Debtor, if any

**Form 22 Continuation Sheet**

**Income Month 1**

| | | | |
|---|---|---|---|
| Gross wages, salary, tips... | $0.00 | $0.00 | |
| Income from business... | $0.00 | $0.00 | |
| Rents and real property income | $0.00 | $0.00 | |
| Interest, dividends... | $0.00 | $0.00 | |
| Pension, retirement... | $0.00 | $0.00 | |
| Contributions to HH Exp... | $0.00 | $0.00 | |
| Other Income... | $0.00 | $1,300.00 | |

**Income Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | $0.00 | $0.00 |
| Income from business... | $0.00 | $0.00 |
| Rents and real property income | $0.00 | $0.00 |
| Interest, dividends... | $0.00 | $0.00 |
| Pension, retirement... | $0.00 | $0.00 |
| Contributions to HH Exp... | $0.00 | $0.00 |
| Other Income... | $0.00 | $0.00 |

**Income Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | $2,586.48 | $0.00 |
| Income from business... | $0.00 | $0.00 |
| Rents and real property income | $0.00 | $0.00 |
| Interest, dividends... | $0.00 | $0.00 |
| Pension, retirement... | $0.00 | $0.00 |
| Contributions to HH Exp... | $0.00 | $0.00 |
| Other Income... | $0.00 | $0.00 |

**Income Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | $0.00 | $0.00 |
| Income from business... | $0.00 | $0.00 |
| Rents and real property income | $0.00 | $0.00 |
| Interest, dividends... | $0.00 | $0.00 |
| Pension, retirement... | $0.00 | $0.00 |
| Contributions to HH Exp... | $0.00 | $0.00 |
| Other Income... | $0.00 | $0.00 |

**Income Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | $1,217.00 | $0.00 |
| Income from business... | $0.00 | $0.00 |
| Rents and real property income | $0.00 | $0.00 |
| Interest, dividends... | $0.00 | $0.00 |
| Pension, retirement... | $0.00 | $0.00 |
| Contributions to HH Exp... | $0.00 | $0.00 |
| Other Income... | $0.00 | $0.00 |

**Income Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | $1,840.06 | $0.00 |
| Income from business... | $0.00 | $0.00 |
| Rents and real property income | $0.00 | $0.00 |
| Interest, dividends... | $0.00 | $0.00 |
| Pension, retirement... | $0.00 | $0.00 |
| Contributions to HH Exp... | $0.00 | $0.00 |
| Other Income... | | $0.00 |

**Additional Items as Designated, if any**

**Remarks**